KIMBERLY L. MAYHEW, SBN #199105
CASWELL BELL & HILLISON, LLP
5200 N. Palm Avenue, Suite 211
Fresno, California  93704-2225
Telephone:  559-225-6550
Facsimile:  559-225-7912
E-mail:  kmayhew@caswellbell.com

Attorneys for Defendants MARIBEL VERA ANAYA,
JOE B. ANAYA dba JOE'S STEAKHOUSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARIBEL VERA ANAYA, JOE B. ANAYA,<br>dba JOE'S STEAKHOUSE,<br><br>                    Defendants. | Case No. 1:12-CV-00009-AWI-MJS<br><br>**STIPULATION AND ORDER FOR<br>EXTENSION OF TIME TO FILE<br>RESPONSIVE PLEADING** |

The parties hereto, through their respective counsel, herby stipulate that in order to provide sufficient time for the parties to attempt to resolve the matter through settlement, defendants Maribel Vera Anaya and Joe B. Anaya dba Joe's Steakhouse, shall have to and including March 6, 2012, in which to file a responsive pleading in the above-referenced matter. This is the second extension agreed to by the parties; the parties previously agreed to extend the time for defendants to file a responsive pleading from February 1, 2012 to February 13, 2012.

Dated:  February 13, 2012                    MOORE LAW FIRM, P.C.

                              ___/s/ Tanya E. Moore___
                              Tanya E. Moore,
                              Attorneys for Plaintiff Ronald Moore

///

///

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING  -  1

Dated:  February 13, 2012                    CASWELL, BELL & HILLISON, LLP


 /s/ Kimberly L. Mayhew,
Kimberly L. Mayhew,
Attorneys for Defendants Maribel Vera
Anaya and Joe B. Anaya dba Joe's
Steakhouse

## ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that defendants Maribel Very Anaya and Joe B. Anaya dba Joe's Steakhouse, shall have to and including March 6, 2012, in which to file a responsive pleading in the above-referenced matter.

IT IS SO ORDERED.

Dated:   February 14, 2012          /s/ Michael J. Seng

UNITED STATES MAGISTRATE JUDGE