Kimberly L. Mayhew, SBN 199105
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: kmayhew@caswellbell.com

Attorneys for Defendants MARIBEL VERA ANAYA,
JOE B. ANAYA dba JOE'S STEAKHOUSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, <br><br> Plaintiff, <br><br> vs. <br><br> MARIBEL VERA ANAYA, JOE B. ANAYA, dba JOE'S STEAKHOUSE, <br><br> Defendants. | Case No. 1:12-CV-00009-AWI-MJS <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The parties hereto, through their respective counsel, hereby stipulate that in order to provide sufficient time for the parties to attempt to resolve this matter through settlement, defendants Maribel Vera Anaya and Joe B. Anaya dba Joe's Steakhouse, shall have to and including March 27, 2012, in which to file a responsive pleading in the above-referenced matter. This is the third extension agreed to by the parties; the parties previously agreed to extend the time for defendants to file a responsive pleading from February 1, 2012, to February 13, 2012, and then to March 6, 2012.

Dated: March 5, 2012              MOORE LAW FIRM, P.C.

                                  ___/s/ Tanya E. Moore_____
                                  Tanya E. Moore,
                                  Attorneys for Plaintiff Ronald Moore

/ / /

/ / /

---

Stipulation and Order for Extension of Time to File Responsive Pleading

| | |
|---|---|
| Dated: March 5, 2012 | CASWELL BELL & HILLISON LLP |
| | ____/s/ Kimberly L. Mayhew_____<br>Kimberly L. Mayhew,<br>Attorneys for Defendants Maribel Vera Anaya and Joe B. Anaya dba Joe's Steakhouse |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that defendants Maribel Vera Anaya and Joe B. Anaya dba Joe's Steakhouse, shall have to and including March 27, 2012, in which to file a responsive pleading in the above-referenced matter.

IT IS SO ORDERED.

Dated:   March 6, 2012         /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE