```
 1  Kimberly L. Mayhew, SBN 199105
    CASWELL BELL & HILLISON LLP
 2  5200 North Palm Avenue, Suite 211
    Fresno, California 93704
 3  Telephone: 559/225-6550
    Facsimile:  559/225-7912
 4  Email: kmayhew@caswellbell.com

 5  Attorneys for Defendants MARIBEL VERA ANAYA,
    JOE B. ANAYA dba JOE'S STEAKHOUSE
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:12-CV-00009-AWI-MJS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| MARIBEL VERA ANAYA, JOE B. ANAYA, dba JOE'S STEAKHOUSE, | |
| Defendants. | |

The parties hereto, through their respective counsel, hereby stipulate that in order to provide sufficient time for the parties to attempt to resolve this matter through settlement, defendants Maribel Vera Anaya and Joe B. Anaya dba Joe's Steakhouse, shall have to and including March 27, 2012, in which to file a responsive pleading in the above-referenced matter.  This is the third extension agreed to by the parties; the parties previously agreed to extend the time for defendants to file a responsive pleading from February 1, 2012, to February 13, 2012, and then to March 6, 2012.

Dated: March 5, 2012          MOORE LAW FIRM, P.C.

                              ___/s/ Tanya E. Moore_____
                              Tanya E. Moore,
                              Attorneys for Plaintiff Ronald Moore

/ / /

/ / /

---

Stipulation and Order for Extension of Time to File Responsive Pleading

Dated: March 5, 2012                                CASWELL BELL & HILLISON LLP

    /s/ Kimberly L. Mayhew
Kimberly L. Mayhew,
Attorneys for Defendants Maribel Vera
Anaya and Joe B. Anaya dba Joe's
Steakhouse

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that defendants Maribel Vera Anaya and Joe B. Anaya dba Joe's Steakhouse, shall have to and including March 27, 2012, in which to file a responsive pleading in the above-referenced matter.

IT IS SO ORDERED.

Dated:   March 6, 2012                              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE