IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, ) | 1:12-cv-00009-AWI-MJS |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF APRIL 30, 2012 AND |
| v. ) | TAKING MATTER UNDER |
| ) | SUBMISSION |
| MARIBEL VERA ANAYA; JOE B. ) | |
| ANAYA dba JOE'S STEAKHOUSE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendants Maribel Vera Anaya and Joe B. Anaya dba Joe's Steakhouse have filed a motion to dismiss the second, third and fourth causes of action in the complaint of plaintiff Ronald Moore pursuant to Federal Rule of Civil Procedure 12(b).  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing date of April 30, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:    April 24, 2012                                                      _____
                                                                                              CHIEF UNITED STATES DISTRICT JUDGE