1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARIBEL VERA ANAYA, JOE B. ANAYA, dba JOE'S STEAKHOUSE,<br><br>    Defendants. | No. 1:12-CV-00009-AWI-MJS<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** the Court issued a Scheduling Order on August 29, 2012 setting the last day for Plaintiff, Ronald Moore ("Plaintiff"), to seek leave to amend his complaint as October 31, 2012, and this Stipulation is filed prior thereto;

**WHEREAS**, Plaintiff conducted a site inspection of the subject property on October 16, 2012 and seeks by this amendment to allege all barriers which were identified at the site inspection and relate to Plaintiff's disability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, Maribel Vera Anaya and Joe B. Anaya doing business as Joe's Steakhouse ("Defendants," and together with Plaintiff, the "Parties"), the parties to this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT;  ORDER

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  October 29, 2012                         MOORE LAW FIRM, P.C.

  */s/ Tanya E. Moore*
  Tanya E. Moore
  Attorneys for Plaintiff,
  John Morales

  CASWELL BELL & HILLISON LLP

  */s/ Kimberly L. Mayhew*
  Kimberly L. Mayhew
  Attorneys for Defendants Maribel Vera Anaya
  and Joe B. Anaya dba Joe's Steakhouse

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   October 30, 2012            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT;  ORDER