Kimberly L. Mayhew, SBN 199105
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  559/225-6550
Facsimile:  559/225-7912
Email: kmayhew@caswellbell.com

Attorneys for Defendants MARIBEL VERA ANAYA and
JOE B. ANAYA dba JOE'S STEAKHOUSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARIBEL VERA ANAYA, JOE B. ANAYA, dba JOE'S STEAKHOUSE,<br><br>  Defendants. | Case No. 1:12-CV-00009-AWI-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES** |

The parties hereto, through their respective counsel, hereby stipulate that to provide sufficient time for the parties to meaningfully discuss settlement and, failing that, to conduct necessary discovery, including but not limited to the depositions of the parties, the deadline to complete percipient witness discovery shall be continued from February 15, 2013, to and including March 15, 2013; the deadline to designate expert witnesses and for hearing of non-dispositive motions shall be continued from April 19, 2013, to and including May 19, 2013.  This is the first extension of the discovery deadlines requested by the parties.

These changes do not alter any other deadline or event set by the Scheduling Order.

_____
Stipulation and Order To Extend Discovery Deadlines

| | | |
|---|---|---|
| 1 | Dated: January _____, 2013 | MOORE LAW FIRM, P.C. |
| 2 | | /s/ Tanya E. Moore |
| 3 | | _____ |
| 4 | | Tanya E. Moore, Attorneys for Plaintiff Ronald Moore |

Dated: January ____, 2013        CASWELL BELL & HILLISON LLP

                                       /s/ Kimberly L. Mayhew

_____
Kimberly L. Mayhew,
Attorneys for Defendants Maribel Vera
Anaya and Joe B. Anaya dba Joe's Steakhouse

## ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the deadline to complete percipient witness discovery shall be continued from February 15, 2013, to and including March 15, 2013, and the deadline to designate expert witnesses and for hearing of non-dispositive motions shall be continued from April 19, 2013, to and including May 19, 2013.

These changes do not alter any other deadline or event set by the Scheduling Order.

IT IS SO ORDERED.

Dated:   January 14, 2013            /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE