Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARIBEL VERA ANAYA, et al.,<br><br>    Defendants. | No.  1:12-CV-00009-AWI-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendants Maribel Vera Anaya and Joe B. Anaya dba Joe's Steakhouse ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: April 5, 2013                                    MOORE LAW FIRM, P.C.


                                                        /s/Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff Ronald Moore

///

*Moore v. Anaya, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: April 5, 2013                                    CASWELL BELL & HILLISON LLP

/s/ Kimberly L. Mayhew
Kimberly L. Mayhew
Attorneys for Defendants Maribel Vera Anaya
and Joe B. Anaya dba Joe's Steakhouse

**ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  April 5, 2013                          _____
                                               SENIOR  DISTRICT  JUDGE